UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH HOLSHOUSER, | No. 2:14-cv-2552 CKD |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF MODOC, et al., | |
| Defendants. | |

The parties have filed a joint statement regarding discovery matters. The remaining issue is the breadth of the categories plaintiff has propounded for a person most knowledgeable deposition. The categories noticed by plaintiff appear to be reasonably calculated to lead to admissible evidence. Defendant has failed to demonstrate that designating a person most knowledgeable to respond to the deposition notice is unduly burdensome. Accordingly, IT IS HEREBY ORDERED that:

1. The deposition of the person most knowledgeable shall proceed as noticed by plaintiff.

2. Plaintiff is allowed fourteen hours for the deposition of the person most knowledgeable as presently noticed by plaintiff.

Dated: April 8, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 holshouser.discconf