LESLIE F. LEVY, ESQ., State Bar No. 104634
JEAN K. HYAMS, ESQ., State Bar No. 144425
DARCI E. BURRELL, ESQ., State Bar No. 180467
KATHERINE L. SMITH, ESQ., State Bar No. 295726
LEVY VINICK BURRELL HYAMS LLP
180 Grand Avenue, Suite 1300
Oakland, CA 94612
Telephone:  (510) 318-7703
Facsimile:  (510) 318-7701
E-Mail:   leslie@levyvinick.com
          jean@levyvinick.com
          darci@levyvinick.com
          katherine@levyvinick.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH HOLSHOUSER, | Case No. 2:14-cv-02552- CKD |
| Plaintiff, | STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL |
| v. | |
| COUNTY OF MODOC, MODOC COUNTY BOARD OF SUPERVISORS, CHESTER ROBERTSON, in his official and individual capacities, and DOES 1 through 20, inclusive, | |
| | Complaint Filed Oct. 31, 2014 |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between all parties who have appeared in the above-entitled action, through their respective attorneys of record, and pursuant to Federal Rules of Civil Procedure ("FRCP"), Rule 41(a)(i)  that:

   1.   Plaintiff dismisses, with prejudice, the Fifth cause of action against all Defendants.

   2.   Plaintiff dismisses, with prejudice, Defendant Chester Robinson, in his official

and individual capacities from the Second, Third, Fourth, Sixth and Seventh causes of action.

    3.    Plaintiff dismisses, with prejudice, the Modoc County Board of Supervisors from the Second, Third, Fourth, Sixth and Seventh causes of action.

    4.    Plaintiff will bear her own costs and her attorneys' fees for the matters dismissed herein and Defendants waive and release Plaintiff from any claims of costs and attorneys' fees by Defendants as further set forth below:

    a.   Defendant County of Modoc waives all fees and costs for the Fifth cause of action;

    b.   Defendant Board of Supervisors waives all fees and costs for the Second, Third, Fourth, Fifth, Sixth and Seventh causes of action; and

    c.   Defendant Chester Robinson, in his individual and official capacities, waives all fees and costs for the Second, Third, Fourth, Fifth, Sixth and Seventh causes of action.

Dated: _____                         _____
                                                     Katherine Smith,
                                                     Attorney for Plaintiff

Dated: _____                         _____
                                                     Kathleen Williams
                                                     Attorneys for Defendants

ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL

Pursuant to Federal Rules of Civil Procedure Rule 41(a), stipulation of the parties in the above-entitled action, and in the interest of justice it is hereby ORDERED:

1. Plaintiff dismisses, with prejudice, the Fifth cause of action against all Defendants.
2. Plaintiff dismisses, with prejudice, Defendant Chester Robinson, in his official and individual capacities from the Second, Third, Fourth, Sixth and Seventh causes of action.
3. Plaintiff dismisses, with prejudice, the Modoc County Board of Supervisors from the Second, Third, Fourth, Sixth and Seventh causes of action.
4. Plaintiff will bear her own costs and her attorneys' fees for the matters dismissed herein and Defendants waive and release Plaintiff from any claims of costs and attorneys' fees by Defendants as further set forth below:
   a. Defendant County of Modoc waives all fees and costs for the Fifth cause of action;
   b. Defendant Board of Supervisors waives all fees and costs for the Second, Third, Fourth, Fifth, Sixth and Seventh causes of action; and
   c. Defendant Chester Robinson waives all fees and costs for the Second, Third, Fourth, Fifth, Sixth and Seventh causes of action.

Dated: August 3, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE