```
1  WILLIAMS & ASSOCIATES
   1250 Sutterville Road, Ste. 290
2  Sacramento, CA  95822
   (916) 456-1122
3  (916) 737-1126 (fax)

4  Kathleen J. Williams, CSB #127021
   Sean W. Lodholz, CSB #299096
5

6  Attorneys for defendants
   COUNTY OF MODOC,
7  MODOC COUNTY BOARD OF SUPERVISORS
   and CHESTER ROBERTSON
8
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH HOLSHOUSER, | CASE NO: 2:14-cv-02552 CKD |
| Plaintiff, on behalf of herself and the general public, | **ORDER GRANTING DEFENDANT MOTION TO SEAL DOCUMENTS** |
| vs. | |
| COUNTY OF MODOC, MODOC, CHESTER ROBERTSON, in his individual capacity, and DOES 1 through 20, inclusive, | |
| Defendants. | |

On October 29, 2015, defendants moved pursuant to Local Rule 141 and FRCP 5.2 to remove from the docket and seal electronically filed Exhibits "A" (Document 24-3) and "B" (Document 24-4) attached to the declaration of Pam Randall in support of COUNTY OF MODOC's partial motion for summary judgment on plaintiff's sixth and seventh claims for relief.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

(1) Defendant's request (ECF No. 33) to remove from the docket and seal Exhibit A, Document 24-3, and Exhibit B, Document 24-4, is granted.

**IT IS SO ORDERED.**

Dated: November 4, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE