**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Sean W. Lodholz, CSB #299096

Attorneys for defendants
COUNTY OF MODOC
and CHESTER ROBERTSON

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SARAH HOLSHOUSER, | CASE NO: 2:14-cv-02552 CKD |
| Plaintiff, on behalf of herself and the general public, | **ORDER FOR VOLUNTARY DISMISSAL OF PLAINTIFF'S FIFTH CAUSE OF ACTION TO THE FIRST AMENDED COMPLAINT** |
| vs. | |
| COUNTY OF MODOC, MODOC COUNTY BOARD OF SUPERVISORS, CHESTER ROBERTSON, in his official and individual capacities, and DOES 1 through 20, inclusive, | |
| Defendants. | |

///
///
///
///
///
///
///

1

## ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL

Pursuant to Federal Rules of Civil Procedure Rule 41(a), stipulation of the parties in the above-entitled action, and in the interest of justice it is hereby ORDERED:

1. Plaintiff dismisses, with prejudice, the Fifth Cause of Action of her First Amended Complaint against defendant COUNTY OF MODOC.

**IT IS SO ORDERED**

Dated:  November 23, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE