**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendants
COUNTY OF MODOC
and CHESTER ROBERTSON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SARAH HOLSHOUSER,<br><br>    Plaintiff, on behalf of herself and the general public,<br><br>vs.<br><br>COUNTY OF MODOC, CHESTER ROBERTSON, in his official and individual capacities, and DOES 1 through 20, inclusive,<br><br>    Defendants. | No.  2:14-cv-02552 CKD<br><br>**ORDER GRANTING CONTINUANCE OF TRIAL AND TRIAL RELATED DATES** |

The parties have stipulated that the present trial date schedule does not allow them sufficient time to complete the discovery necessary for the trial of this matter. Based on the joint stipulation and good cause appearing, the Court continues the dates in this case as follows:

   1.  Mutual disclosure of experts shall be made no later than May 16, 2016;

   2.  Mutual disclosure of rebuttal experts shall be made no later than June 17, 2016;

   3.  Discovery shall be completed by August 5, 2016;

   4.  All pretrial motions, except motions to compel discovery, shall be filed by September 14, 2016;

1

5.  Final Pretrial Conference is set for November 16, 2016 at 11:00 a.m. in Courtroom 24 before the undersigned;

6. The matter is set for jury trial on January 17, 2017 at 9:00 a.m. in Courtroom 24 before the undersigned.

**IT IS SO ORDERED.**

Dated:  November 23, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE