**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendants
COUNTY OF MODOC
and CHESTER ROBERTSON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SARAH HOLSHOUSER,<br><br>    Plaintiff, on behalf of herself and the general public,<br><br>vs.<br><br>COUNTY OF MODOC, CHESTER ROBERTSON, in his official and individual capacities, and DOES 1 through 20, inclusive,<br><br>    Defendants. | No.  2:14-cv-02552 CKD<br><br>**STIPULATION  AND ORDER TO DISMISS PLAINTIFF'S SIXTH CAUSE OF ACTION TO THE FIRST AMENDED COMPLAINT** |

///

///

///

///

///

///

///

///

///

1

The parties hereby stipulate, by and through their counsel of record, to the dismissal with prejudice of plaintiff's Sixth Cause of Action of her First Amended Complaint (labeled as the Seventh Cause of Action in the original Complaint) Failure to Timely Provide Personnel Records Upon Request (Violation of California Labor Code § 1198.5).

Dated: 12/1/15                                        WILLIAMS & ASSOCIATES

By: /s/ Kathleen J. Williams
KATHLEEN J. WILLIAMS, CSB 127021
Attorneys for defendants COUNTY OF
MODOC and CHESTER ROBERTSON

Dated: 12/1/15                                        LEVY, VINICK, BURRELL, HYAMS, LLP

By: /s/ "Jean Hyams" (signed with permission)
JEAN K. HYAMS, CSB 144425
Attorneys for plaintiff
SARAH HOLSHOUSER

## ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL

Pursuant to Federal Rules of Civil Procedure Rule 41(a), the stipulation of the parties in the above-entitled action, and in the interest of justice, IT IS HEREBY ORDERED that the Sixth Cause of Action of plaintiff's First Amended Complaint against defendant COUNTY OF MODOC is dismissed with prejudice.

**IT IS SO ORDERED**

Dated: December 2, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE