LESLIE F. LEVY, ESQ., State Bar No. 104634
DARCI E. BURRELL, ESQ., State Bar No. 180467
KATHERINE L. SMITH, ESQ., State Bar No. 295726
LEVY VINICK BURRELL HYAMS LLP
180 Grand Avenue, Suite 1300
Oakland, CA 94612
Telephone:  (510) 318-7703
Facsimile:  (510) 318-7701
E-Mail:     leslie@levyvinick.com
            darci@levyvinick.com
            katherine@levyvinick.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SARAH HOLSHOUSER, | Case No. 2:14-cv-02552- CKD |
| Plaintiff, | STIPULATION AND ORDER FOR MODIFICATION TO TRIAL RELATED DATES |
| v. | |
| COUNTY OF MODOC, CHESTER ROBERTSON, in his individual capacity, and DOES 1 through 20, inclusive, | |
| Defendants. | Complaint Filed Oct. 31, 2014 |

IT IS HEREBY STIPULATED by and between all parties who have appeared in the above-entitled action, through their respective attorneys of record, that due to an unforeseen personal matter beyond Plaintiff's lead counsel's control,[1] Plaintiff is precluded from conducting all depositions before August 5, 2016.  Counsel for Defendants have no objection to continuing discovery for twelve days and agree to the following request by Plaintiff:

1. Fact discovery shall be completed by August, 17, 2016 (previously August 5, 2016);

---

[1] Plaintiff's counsel can provide the Court with more information if it so desires.

2. No changes shall be made to the current filing deadline for pretrial motions by September 14, 2016, to the pre-trial conference on November 16, 2016 or to the trial date currently set for jury trial on January 17, 2017 at 9:00 a.m. in Courtroom 24 before the Honorable Magistrate Judge Delaney.

Dated: _____                    _____
                                         Katherine Smith,
                                         Attorney for Plaintiff

Dated: _____                    _____
                                         Kathleen Williams
                                         Attorneys for Defendants

ORDER GRANTING STIPULATION MODIFICATION TO TRIAL RELATED DATES

Based on the joint stipulation of the parties and good cause appearing the Court continues the dates in the case as follows:

1. Discovery shall be completed by August 17, 2016;
2. No changes shall be made to the current filing deadline for pretrial motions by September 14, 2016, to the pre-trial conference on November 16, 2016 or to the trial date currently set for jury trial on January 17, 2017 at 9:00 a.m. in Courtroom 24 before the undersigned.

**IT IS SO ORDERED.**

Dated: June 16, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE