UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH HOLSHOUSER,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF MODOC, et al.,<br><br>  Defendants. | No. 2:14-cv-2552 CKD<br><br><br><br>ORDER |

Defendants have filed a motion for redaction of birthdates set forth on a Modoc County Sheriff's report which was submitted in connection with defendants' motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion for redaction (ECF No. 61) is granted.

2. The Clerk of Court shall maintain under seal the document docketed as ECF No. 57-5, Exhibit A.

Dated: October 12, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 holshouser2552.seal

1