UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH HOLSHOUSER, | No. 2:14-cv-2552 CKD |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF MODOC, et al., | |
| Defendants. | |

Plaintiff has filed an ex parte application for an order striking defendants' notice of errata submitted in connection with defendants' motion for summary judgment. In the alternative, plaintiff seeks an extension of time to oppose the motion for summary judgment. Defendants have filed an opposition to the ex parte application. Upon review of the application, the documents in support and opposition, and good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's ex parte application (ECF No. 68) is granted in part and denied in part. The court declines to strike the notice of errata. Plaintiff is granted an extension of time to October 31, 2016 to file opposition.

/////

/////

/////

1

2. Reply, if any, shall be filed no later than November 7, 2016.

Dated:  October 13, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 holshouser2552.eot

2