UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH HOLSHOUSER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF MODOC, et al.,<br><br>　　　　　　Defendants. | No.  2:14-cv-2552 CKD<br><br><br>ORDER |

　　　The court has been advised that this matter has settled.[1]  Dispositional documents shall be filed within ninety days.

　　　All hearing dates currently set in this matter are hereby vacated.  The briefing schedule on defendants' motion for summary judgment is also vacated.

　　　Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order.

Dated:  October 19, 2016

　　　　　　　　　　　　　　　　　　　　　　／s／ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

4 holshouser2552.dispo

---

[1] The court was advised the parties had reached a "tentative" settlement, presumably due to the necessity of having any settlement approved by the appropriate governmental entity.

1